

# Fourth Court of Appeals
## San Antonio, Texas

October 31, 2018

No. 04-18-00344-CV

John B. **URBAHNS**,
Appellant

v.

**LSREF2 COBALT (TX), LLC,**
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI22479
Honorable Richard Price, Judge Presiding

## O R D E R

Appellee's brief was due on October 24, 2018. *See* TEX. R. APP. P. 38.6(b). Before the due date, Appellee filed an unopposed first motion for an extension of time to file the brief until October 31, 2018. *See id.* R. 10.5(b).

Appellee's motion for extension of time is GRANTED. Appellee's brief is due on October 31, 2018.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of October, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court